# EXHIBIT A

## TERMS AND CONDITIONS FOR USE OF THE REACTX PLATFORM

These are the Standard Terms and Conditions for use of the ReactX Platform (collectively, the "**Agreement**").

1. **LICENSE GRANT**. ReactX grants Owner a nonexclusive, revocable, nontransferable, limited license during the term of this Agreement, without right of sublicense and solely for Owner's internal use, to use the ReactX proprietary code (the "**Software**") solely for the limited purpose set forth in this Agreement. Owner may not, in any manner: (i) modify the Software; (ii) copy, distribute, sell, transfer, encumber, sublicense, rent, loan, lend or lease the Software and/or any component thereof to any third party; or (iii) reverse engineer, decompile, disassemble or otherwise attempt to discover or directly access the source code of the Software and/or any component thereof. Any information supplied by ReactX or obtained by Owner, as permitted hereunder, may only be used by Owner for the limited purpose described herein and may not be disclosed to any third party or used to create any product which is substantially similar to the functionality of the Software.

2. **FEES PAID TO REACTX**.

For all **Supply Side Clients**, a ReactX fee will be applied on either the placement/supply level based on all gross revenues generated by a high impact custom ad placement (clearing price CPM) or based on the gross high impact custom ad impressions powered by ReactX. Fees will be paid by the 'placement owner', usually the ad network representing/managing the publisher that the high impact custom ad placement is deployed on (for both booked and resold revenue). Fees are based on the actual winning bid price for the impression or the total gross impressions, and does not factor into advertiser/demand costs or pricing. This fee on the total gross revenue generated by the placement holder or the flat fee based on the total high impact custom ad impressions served via the ReactX Platform will be billed to the placement holder by the 10th day of each month based on the previous month's calculated fee. The placement holder agrees to pay the ReactX fee within 60 day of the respective month's use.

The fee is computed as follows:

1. Sold RTB High Impact Inventory**: 10%** revenue share fee of gross auction clearing price (Clearing Price * 0.10 = fee) OR

2. Managed High Impact Inventory**:** Flat serving fee of $0.50 CPM

For all **Demand Side Clients**, a ReactX fee will be applied when the ReactX Engagement Reporting is utilized by the winning bidder of any cleared high impact impression. Fees are based on the actual winning bid price for the impression or the total gross impressions. Fees will be paid by the 'creative owner', usually the agency trading desk, agency or advertiser itself representing/managing the bidder that is trying to win the bid for the high impact custom ad impression (for both booked and resold revenue). This fee on the total gross revenue generated by buyer or the flat fee based on the total high impact custom ad impressions purchased via the ReactX Platform will be billed to the winning bidder by the 10th day of each month based on the previous month's calculated fee. The winning bidder agrees to pay the ReactX fee within 60 day of the respective month's use.

The fee is computed as follows:

1. Purchased RTB High Impact Inventory**: 5%** revenue share fee of gross auction clearing price (Clearing Price * 0.05 = fee) OR

2. Managed High Impact Inventory**:** Flat serving fee of $0.50 CPM

*\*\*There may be additional creative service fees if the buy side client wishes to utilize the ReactX Creative Service Team for high impact creative production; those fees must be agreed upon prior to any creative production beginning.*

3. **PAYMENTS BY REACTX.**

If you are a supply side client using the ReactX Platform UNDER the ReactX seller ID, then ReactX will pay your company approximately 90 days after each respective month an amount totaling 90% of all net revenues generated by third party buyers who bought your respective url(s) ad inventory that was enabled by the ReactX Platform.

4. **OWNERSHIP RIGHTS; NO OTHER LICENSES GRANTED.**

1. Reservation of Rights. All rights not expressly granted herein are reserved to ReactX, and no other licenses are granted herein by implication, estoppel or otherwise. ReactX does not grant any licenses or other rights to any of its intellectual property other than the rights to use the specific version of the Software granted in this Agreement.

2. Ownership of Software. As between ReactX and Owner, the Software shall remain the sole and exclusive property of ReactX. The Software is licensed to Owner and not sold. The Software is protected by copyright, trademark and other intellectual property laws and treaties and ReactX owns any and all applicable copyrights, trademarks and any other intellectual property rights contained therein.

3. Software Derivative Works. Owner shall not be permitted to make any derivative work involving or otherwise based upon the Software, including, without limitation, which would be deemed a derivative work under the Copyright Act, Title 17 of the U.S. Code (a "**Derivative Work**"), and any such Derivative Work created intentionally or inadvertently by Owner shall be owned exclusively by ReactX, and shall be deemed a work made for hire specially ordered or commissioned by ReactX. ReactX shall be deemed the author of the Derivative Work and shall own all right, title, and interest throughout the universe in perpetuity in and to said Derivative Work, including without limitation the copyrights, patents, or trademarks and other intellectual property therein and all renewals or extensions thereof, and the right to use, adapt and change said Derivative Work and to prepare derivative works therefrom. Should the Derivative Work or any part thereof ever be deemed not a work made for hire, Owner hereby assigns to ReactX in perpetuity throughout the universe, all right, title, and interest, including without limitation all copyrights, patents and trademarks and all renewals and extensions thereof, all rights under worldwide copyright or trademark laws or treaties, in and to the Derivative Work and all components thereof whether heretofore or hereafter created. Owner waives all rights of "droit moral" or "moral rights of authors or creators" and/or any similar rights or principles of law which Owner may now or hereafter have in the Derivative Work. All employees and subcontractors of Owner creating any Derivative Works hereunder (if any) shall assign to ReactX the same rights to their results and proceeds as are set forth in this Section. Owner shall execute such documents and do such other acts and deeds as may be reasonably required by ReactX or its assignees or Owners to further evidence or effectuate ReactX' rights hereunder. If Owner fails to do so, ReactX may execute such documents as Owner's attorney in fact, which appointment will be irrevocable and coupled with an interest.

5. **CONFIDENTIALITY**. The terms of any non-disclosure or confidentiality agreement between ReactX and Owner, or any affiliated entity of Owner, will continue to be binding upon Owner as if a part of this Agreement.

You agree not to disclose ReactX Confidential Information without our prior written consent. "**ReactX Confidential Information**" includes: (a) all ReactX software, technology and documentation relating to the Services; (b) the existence of, and information about, beta features in a Service; and (c) any other information made available by ReactX that is marked confidential or would normally be considered confidential under the circumstances in which it is presented. ReactX Confidential Information does not include information that you already knew prior to your use of the Services, that becomes public through no fault of yours, that was independently developed by you, or that was lawfully given to you by a third party.

6. **REPRESENTATIONS AND WARRANTIES**. Owner represents and warrants that:

1. it has the full authority to enter into this Agreement, it has the right to grant the rights set forth in this Agreement and that entering into this Agreement does not violate or conflict with any prior agreements with or other obligations to any third parties;

2. it has not engaged in any activity, made any commitment, or entered into any agreement inconsistent or in derogation of the rights granted in this Agreement, and that it will not engage in any activity, make any commitment or enter into any agreement inconsistent or in derogation of the rights granted in this Agreement;

3. all data regarding historical revenue, unique visitors, click through rates, and other information provided to ReactX shall be true and correct; and

4. none of the URL's names included by Owner in use with this Platform, or any other materials provided by Owner, nor the possession or use of any of the foregoing by ReactX as contemplated by this Agreement, will infringe or violate any intellectual property right of any third-party (including without limitation, any rights under federal or state trademark laws), or contain confidential or proprietary material misappropriated by Owner from any third-party.

7. **USE OF THE REACTX PLATFORM**.

1. Each user of the proprietary ReactX Platform and Technology hereby agrees and acknowledges that such user shall not enter into any ad sale transactions using a ReactX powered/generated creative with any parties not using the ReactX Platform and Technology (a **"Non- ReactX Party"**). Furthermore, to the extent that a user enters into a transaction with a Non-ReactX Party (each, a **"Non-ReactX Transaction"**), then such user is in violation of these terms and conditions and all licenses and agreements to use the ReactX Platform and Technology are revoked immediately. Further such user that violates these terms and conditions and engages into such Non-ReactX Transaction enters at its own risk and such user hereby agrees that ReactX shall have no liability to such user or any other party for any costs, losses, claims, damages or liabilities (**"Damages"**) incurred by such user arising from any such Non-ReactX Transaction.

2. Each user of the ReactX Platform and Technology who is provided with access to ad exchanges or other external tools (collectively, **"External Tools"**) by ReactX hereby agrees that such user shall be liable for any charges, fees, expenses, costs, claims, liabilities or obligations that arise from such user's use of any External Tools (**"Charges"**). In addition, such user hereby agrees to reimburse ReactX upon demand for any such Charges by check or wire transfer of immediately available funds to an account designated by ReactX.

3. Each user of the ReactX Platform and Technology hereby agrees that ReactX shall have no liability for any Damages arising from any alterations, modifications or customizations of the Software by such user or the use of the ReactX Platform and Technology in combination with any software, code or data obtained from or provided by any third party.

8. **DISCLAIMER & LIMITATION OF LIABILITY.**

1. <u>Disclaimer of Warranties</u>. The SOFTWARE is licensed "as is" without warranty of any kind. ReactX does not warrant that the SOFTWARE is OR WILL BE error-free, DOES NOT CONTAIN ANY HARMFUL DEVICES or that its use will be uninterrupted. ReactX expressly disclaims, and hereby expressly waives, all other warranties, express, implied, OR STATUTORY, including, without limitation, warranties of merchantability, fitness for a particular purpose OR NON-INFRINGEMENT OR ANY WARRANTIES ARISING OUT OF COURSE OF PEROFRMANCE OR TRADE USAGE.

2. <u>Scope of Liability</u>. TO THE MAXIMUM EXTENT PERMITTED BY PLATFORMLICABLE LAW, In no event shall REACTX have any liability to OWNER OR ANY THIRD PARTIES for any lost profits, costs of procurement of substitute goods or services, BUSINESS INTERRUPTION, or for any indirect, special or consequential damages arising out of this agreement, INCLUDING, WITHOUT LIMITATION, ARISING FROM OWNER'S USE OF, OR INABILITY TO USE, THE SOFTWARE, under any cause of action or theory of liability, INCLUDING UNDER TORT, NEGLIGENCE, STRICT Liability, MISREPRESENTATION, BREACH OF CONTRACT OR BREACH OF WARRANTY, and whether or not COMPANY has been advised of the possibility of such damages. These limitations shall apply notwithstanding the failure of the essential purpose of any limited remedy. EACH PARTY ACKNOWLEDGES THAT THIS LIMITATION OF LIABILITY REFLECTS AN

INFORMED, VOLUNTARY ALLOCATION BETWEEN THE PARTIES OF THE RISKS (KNOWN AND UNKNOWN) THAT MAY EXIST IN CONNECTION WITH THIS AGREEMENT.

3. <u>Claim Limitation Period</u>. Owner expressly understands and agrees that any action or claim against ReactX arising from or relating to this Agreement shall be deemed irrevocably waived if not instituted within one (1) year from the event giving rise to such claim or action.

9. **<u>TERM, TERMINATION AND SURVIVAL</u>.**

1. <u>Term</u>. The licenses granted in this Agreement shall commence upon the use of this Platform by the Owner and shall continue as long as the Platform remains installed or accessible by the Owner.

2. <u>Effect of Termination</u>. Upon termination of this Agreement, all rights and licenses granted hereunder shall immediately terminate. Additionally, immediately after termination of this Agreement, Owner shall: (i) discontinue all use of the Software; and (ii) return all copies of the Software and any other Confidential Information in Owner's possession.

3. <u>Survival</u>. <u>Sections 3, 4, 5, 6, 7, 8(2) and 9</u> shall survive the termination of this Agreement.

10. **<u>GENERAL</u>.**

1. <u>Independent Contractor; Third Party Agreements</u>. Owner is and shall be deemed to be an independent contractor of ReactX and nothing contained herein shall be deemed to constitute a partnership between or a joint venture by the parties hereto, or constitute either party the employee or agent of the other. Owner acknowledges that nothing in this Agreement gives Owner the right to bind or commit ReactX to any agreements with any third parties. This Agreement is not for the benefit of any third party and shall not be deemed to give any right or remedy to any such party whether referred to herein or not.

2. <u>Notices</u>. All notices or other communications required or permitted hereunder shall be in writing and shall be deemed to have been duly given either when personally delivered or when deposited in the U.S. mail, registered or certified, postage prepaid, return receipt requested. Notice of an address shall be given by written notice in the manner detailed in this Section.

3. <u>Attorneys' Fees</u>. The prevailing party in any litigation instituted under this Agreement shall, in addition to other remedies, be entitled to be reimbursed by the other party for all expenses of such litigation, including attorneys' fees and expenses. For the purposes of this Agreement, the term "attorneys' fees" shall mean the full and actual costs of any legal services actually rendered in connection with the matters involved, calculated on the basis of the usual fees charged by attorneys performing such services, and shall not be limited to "reasonable attorneys' fees" as defined by any statute or rule of court.

4. <u>Assignment</u>. This Agreement may not be delegated or assigned by Owner, in whole or in part. This Agreement may be freely assigned, in whole or in part, by ReactX.

5. <u>Changes to our Services; Changes to the Agreement.</u> We are constantly changing and improving our technology. We may add or remove functionalities or features of the ReactX Platforms at any time, and we may suspend or stop a functionality of the ReactX Platform altogether. We may modify the Agreement at any time. We'll post any modifications to the Terms on this page. Changes will not apply retroactively and generally will become effective 14 days after they are posted. However, changes addressing new functions for a Service or changes made for legal reasons will be effective immediately. If you don't agree to any modified terms in the Agreement, you'll have to stop using the affected Services.

6. <u>Governing Law; Venue</u>. This Agreement shall be governed by and construed under the laws of the State of California, without reference to conflicts of law principles. Each party hereto expressly agrees that any action relating to this Agreement shall exclusively be brought in Los Angeles, California, and each party irrevocably consents to the jurisdiction of the State and Federal

courts located in Los Angeles, California. Each party expressly waives any objection that it may have based on improper venue or forum non conveniens to the conduct of any such suit or action in any such court.

7. <u>Severability; Waiver</u>. If any provision of this Agreement is or becomes or is deemed invalid, illegal or unenforceable in any jurisdiction such provision shall be deemed amended to conform to the applicable laws of such jurisdiction so as to be valid and enforceable or, if it cannot be so amended without materially altering the intention of the parties, it will be stricken, but the validity, legality and enforceability of such provision shall not in any way be affected or impaired thereby in any other jurisdiction and the remainder of this Agreement shall remain in full force and effect. Waiver by either of the parties of any breach of any provision of this Agreement shall not operate or be construed as a waiver of any prior or subsequent breach of the same or any other provision hereof.

8. <u>No Adverse Construction; Legal Counsel</u>. The rule that an agreement is to be construed against the party drafting the agreement is hereby waived by the parties hereto, and shall have no applicability in construing this Agreement or the terms of this Agreement. Each of the parties acknowledges that it had the right and opportunity to seek independent legal counsel of its own choosing in connection with the execution of this Agreement, and each of the parties represents that it has either done so or that it has voluntarily declined to do so, free from coercion, duress or fraud.

9. <u>Entire Agreement; Counterparts</u>. This Agreement constitutes the complete and exclusive statement of the agreement between the parties relating to the subject matter hereof, and all provisions, representations, discussions, and writings are merged in, and superseded by, this Agreement. This Agreement may be modified only by a subsequent writing signed by each party bound under this Agreement. This Agreement shall prevail over any additional, conflicting, or inconsistent terms and conditions. This Agreement may be executed in multiple counterparts, including via facsimile, each of which shall be deemed to be an original, and all such counterparts shall constitute one instrument.

**Copyright © 2016 - ReactX LLC.** Patent Pending. All Rights Reserved.

ExA-00035