1 | Chaim Jacob Woolf, Esq. (SBN 236957)
Woolf and Nachimson LLP
15300 Ventura Boulevard, Suite 214
Sherman Oaks, CA 91403
Telephone: (310)474-8776
Facsimile: (310)919-3037
Chaim.Woolf@wgclawyers.com

Attorneys for Plaintiff
REACTX, LLC

KEVIN W. ALEXANDER (SBN 175204)
kalexander@gordonrees.com
THOMAS R. WATSON (SBN 227264)
twatson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (619) 230-7464
Facsimile: (213) 680-4470

Attorneys for Defendant
YIELDBOT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REACTX, a Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>YIELDBOT, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:17-cv-07913 RGJK (AFMx)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. R. Gary Klausner<br>Complaint filed: July 7, 2015<br>First Amended Complaint Filed: January 11, 2018 |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff REACTX ("Plaintiff") and defendant YIELDBOT, INC., ("Defendant"), that the

-1-

STIPULATION FOR DISMISSAL                Case No. 2:17-cv-07913 RGJK (AFMx)

-2-

1  above-captioned action is voluntarily dismissed *with prejudice* pursuant to Federal
2  Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his, hers, and/or its
3  respective costs of litigation, attorney's fees and expenses.

4  Dated: September 13, 2018          WOOLF AND NACHIMSON LLP

6                                     By:  /s/ Chaim Jacob Woolf
                                           Chaim Jacob Woolf

8                                          Attorney for Plaintiff
                                           REACTX

12 Dated:  September 13, 2018         GORDON REES SCULLY
13                                    MANSUKHANI, LLP

15                                    By:  /s/ Thomas R. Watson
                                           Kevin W. Alexander
16                                         Thomas R. Watson

17                                         Attorneys for Defendant
18                                         YIELDBOT, INC.

STIPULATION FOR DISMISSAL          Case No. 2:17-cv-07913 RGJK (AFMx)

# **ATTESTATION**

I, Thomas R. Watson, am the ECF user whose ID and password are being used to file this Stipulation for Dismissal. In compliance with Civ. L.R. 5-4.3.4(a)(2)(i),

Dated: September 13, 2018

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Thomas R. Watson
Kevin W. Alexander
Thomas R. Watson

Attorneys for Defendant
YIELDBOT, INC.